

# Professionals Summary

| Name of Professional | Position | Year Admitted | Areas of Expertise | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| **Partners** | | | | | | |
| Averch, Craig H. | Partner | 1984 | Bankruptcy | $750.00 | 148.40 | $111,300.00 |
| Diamond, Colin | Partner | 2000 | Securities | $925.00 | 7.00 | $6,475.00 |
| Hille, David G. | Partner | 1997 | Litigation | $725.00 | 30.20 | $21,895.00 |
| Kampfner, Roberto | Partner | 1995 | Bankruptcy | $700.00 | 32.90 | $23,030.00 |
| Lauria, Thomas E | Partner | 1986 | Bankruptcy | $1,050.00 | 55.70 | $58,485.00 |
| Pryor, Gregory | Partner | 1989 | Securities | $950.00 | 5.40 | $5,130.00 |
| Qusba, Sandeep | Partner | 1994 | Bankruptcy | $900.00 | 11.80 | $10,620.00 |
| Sawyer, Edward E. | Partner | 1983 | Corporate/Tax | $825.00 | 68.00 | $56,100.00 |
| Vainder, Steven J. | Partner | 1996 | Corporate | $700.00 | 19.50 | $13,650.00 |
| Walker, Jr., William H. | Partner | 1971 | Corporate | $875.00 | 10.90 | $9,537.50 |
| | | | Partners | Total | 389.80 | $316,222.50 |
| **Counsel** | | | | | | |
| Eaton, Frank L. | Counsel | 1990 | Bankruptcy | $735.00 | 39.20 | $28,812.00 |
| | | | Counsel | Total | 39.20 | $28,812.00 |

In accordance with Local Rule 2016-2(c)(ii), biographical information for White Case attorneys may be found at http://www.whitecase.com/attorneys

| Name of Professional | Position | Year Admitted | Areas of Expertise | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| **Associates** | | | | | | |
| Begy, Lane E. | Associate | 2005 | Bankruptcy | $600.00 | 52.70 | $31,620.00 |
| Brown, Matthew C. | Associate | 2001 | Bankruptcy | $655.00 | 154.30 | $101,066.50 |
| Chun, Sebyul | Associate | 2008 | Litigation | $460.00 | 56.50 | $25,990.00 |
| Cruz, Ileana A. | Associate | 2000 | Bankruptcy | $685.00 | 43.90 | $30,071.50 |
| Delrahim, Shiva | Associate | 2003 | Bankruptcy | $600.00 | 181.70 | $109,020.00 |
| Fijiu, Lauren | Associate | 2006 | Bankruptcy | $550.00 | 61.90 | $34,045.00 |
| Forsyth, Edward | Associate | | | $675.00 | 18.50 | $12,487.50 |
| Girnun, Ryan | Associate | 2008 | Real Estate | $365.00 | 45.50 | $16,607.50 |
| Gorsich, Ronald | Associate | 2001 | Litigation | $665.00 | 164.10 | $109,126.50 |
| Hunt, Lauren M | Associate | 2003 | Corporate | $635.00 | 61.20 | $38,862.00 |
| Kovacik, Thomas A. | Associate | 2006 | Tax | $460.00 | 60.60 | $27,876.00 |
| Leali, Linda M. | Associate | 1999 | Bankruptcy | $685.00 | 126.50 | $86,652.50 |
| MacWright, Thomas | Associate | 2007 | Bankruptcy | $460.00 | 17.50 | $8,050.00 |
| McGill, Kevin M. | Associate | 2004 | Bankruptcy | $620.00 | 80.20 | $49,724.00 |

In accordance with Local Rule 2016-2(c)(ii), biographical information for White Case attorneys may be found at http://www.whitecase.com/attorneys

| Name of Professional | Position | Year Admitted | Areas of Expertise | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| Menendez, Fernando J. | Associate | 2004 | Bankruptcy | $655.00 | 17.40 | $11,397.00 |
| Petrie, Matthew | Associate | 2007 | Bankruptcy | $460.00 | 105.30 | $48,438.00 |
| Robertson, William | Associate | 2008 | Tax | $460.00 | 12.60 | $5,796.00 |
| Scott, Melanie C. | Associate | 2004 | Bankruptcy | $600.00 | 80.80 | $48,480.00 |
| Shepherd, Michael C. | Associate | 2001 | Bankruptcy | $665.00 | 65.80 | $43,757.00 |
| Thakrar, Rikesh | Associate | 2007 | Tax | $365.00 | 69.10 | $25,221.50 |
| | | | Associates | Total | 1476.10 | $864,288.50 |

**Legal Assistants**

| Name of Professional | Position | Year Admitted | Areas of Expertise | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| Fuhr, Mark B. | Senior Paralegal | N/A | Bankruptcy | $220.00 | 13.00 | $2,860.00 |
| Kim, Doah | Legal Assistant | N/A | Bankruptcy | $155.00 | 35.10 | $5,440.50 |
| Mesones-Mori, Margarita | Paralegal | N/A | Bankruptcy | $205.00 | 96.20 | $19,721.00 |
| Venes, Aileen | Senior Paralegal | N/A | Bankruptcy | $220.00 | 17.60 | $3,872.00 |
| | | | Legal Assistants | Total | 161.90 | $31,893.50 |
| | | | | Grand Total | 2067.00 | $1,241,216.50 |

In accordance with Local Rule 2016-2(c)(ii), biographical information for White Case attorneys may be found at http://www.whitecase.com/attorneys

# Project Summary

|  | Hours | Rate | Amount |
|---|---|---|---|
| **B01 Case Administration** | | | |
| AVERCH, C | 29.00 | $750.00 | $21,750.00 |
| BROWN, MC | 32.00 | $655.00 | $20,960.00 |
| EATON, F | 1.70 | $735.00 | $1,249.50 |
| GORSICH, R | 0.30 | $665.00 | $199.50 |
| HILLE, D | 15.10 | $725.00 | $10,947.50 |
| KIM, D | 10.80 | $155.00 | $1,674.00 |
| LAURIA, T | 2.00 | $1,050.00 | $2,100.00 |
| MACWRIGHT, T | 0.40 | $460.00 | $184.00 |
| MCGILL, K | 4.90 | $620.00 | $3,038.00 |
| MESONES MORI, M | 87.90 | $205.00 | $18,019.50 |
| PETRIE, M | 33.90 | $460.00 | $15,594.00 |
| SHEPHERD, M | 0.30 | $665.00 | $199.50 |
| VENES, A | 0.60 | $220.00 | $132.00 |
| **Category Total** | **218.90** | | **$96,047.50** |
| **B03 Vendor Issues** | | | |
| AVERCH, C | 1.10 | $750.00 | $825.00 |
| MACWRIGHT, T | 2.20 | $460.00 | $1,012.00 |
| MCGILL, K | 3.10 | $620.00 | $1,922.00 |
| SHEPHERD, M | 7.50 | $665.00 | $4,987.50 |
| VAINDER, S | 0.60 | $700.00 | $420.00 |
| VENES, A | 0.50 | $220.00 | $110.00 |
| **Category Total** | **15.00** | | **$9,276.50** |

|  | Hours | Rate | Amount |
|---|---|---|---|
| **B05 Asset Analysis/Disposition** | | | |
| AVERCH, C | 9.60 | $750.00 | $7,200.00 |
| BEGY, L | 49.40 | $600.00 | $29,640.00 |
| BROWN, MC | 25.10 | $655.00 | $16,440.50 |
| CRUZ, I | 6.00 | $685.00 | $4,110.00 |
| EATON, F | 1.30 | $735.00 | $955.50 |
| FORSYTH, E | 18.50 | $675.00 | $12,487.50 |
| HUNT, L | 19.40 | $635.00 | $12,319.00 |
| KAMPFNER, R | 10.20 | $700.00 | $7,140.00 |
| LAURIA, T | 7.50 | $1,050.00 | $7,875.00 |
| LEALI, L | 1.30 | $685.00 | $890.50 |
| MCGILL, K | 9.20 | $620.00 | $5,704.00 |
| MESONES MORI, M | 2.20 | $205.00 | $451.00 |
| PRYOR, G | 0.80 | $950.00 | $760.00 |
| QUSBA, S | 0.60 | $900.00 | $540.00 |
| ROBERTSON, W | 4.10 | $460.00 | $1,886.00 |
| SAWYER, EE | 11.50 | $825.00 | $9,487.50 |
| SHEPHERD, M | 39.40 | $665.00 | $26,201.00 |
| WALKER, HW | 10.90 | $875.00 | $9,537.50 |
| **Category Total** | 227.00 | | $153,625.00 |

|  | Hours | Rate | Amount |
|---|---|---|---|
| **B07 Litigation (General)** | | | |
| AVERCH, C | 4.20 | $750.00 | $3,150.00 |
| DELRAHIM, S | 13.00 | $600.00 | $7,800.00 |
| GORSICH, R | 19.70 | $665.00 | $13,100.50 |
| HILLE, D | 0.30 | $725.00 | $217.50 |
| KAMPFNER, R | 2.60 | $700.00 | $1,820.00 |
| KIM, D | 1.10 | $155.00 | $170.50 |
| LEALI, L | 0.70 | $685.00 | $479.50 |
| MCGILL, K | 1.40 | $620.00 | $868.00 |
| SAWYER, EE | 1.00 | $825.00 | $825.00 |
| SCOTT, M | 37.50 | $600.00 | $22,500.00 |
| VENES, A | 12.00 | $220.00 | $2,640.00 |
| Category Total | 93.50 | | $53,571.00 |
| **B08 Financing** | | | |
| AVERCH, C | 1.00 | $750.00 | $750.00 |
| BROWN, MC | 2.10 | $655.00 | $1,375.50 |
| CHUN, S | 17.40 | $460.00 | $8,004.00 |
| EATON, F | 0.80 | $735.00 | $588.00 |
| KAMPFNER, R | 5.30 | $700.00 | $3,710.00 |
| MESONES MORI, M | 0.40 | $205.00 | $82.00 |
| PRYOR, G | 0.60 | $950.00 | $570.00 |
| QUSBA, S | 5.50 | $900.00 | $4,950.00 |
| ROBERTSON, W | 4.60 | $460.00 | $2,116.00 |
| SAWYER, EE | 2.50 | $825.00 | $2,062.50 |
| VENES, A | 1.00 | $220.00 | $220.00 |
| Category Total | 41.20 | | $24,428.00 |

|                      | Hours  | Rate      | Amount      |
|----------------------|--------|-----------|-------------|
| **B09 Business Operations** | | | |
| AVERCH, C            | 11.80  | $750.00   | $8,850.00   |
| BROWN, MC            | 7.80   | $655.00   | $5,109.00   |
| DELRAHIM, S          | 8.00   | $600.00   | $4,800.00   |
| DIAMOND, C           | 7.00   | $925.00   | $6,475.00   |
| EATON, F             | 9.30   | $735.00   | $6,835.50   |
| KIM, D               | 0.30   | $155.00   | $46.50      |
| LAURIA, T            | 10.00  | $1,050.00 | $10,500.00  |
| LEALI, L             | 6.00   | $685.00   | $4,110.00   |
| MACWRIGHT, T         | 0.90   | $460.00   | $414.00     |
| MCGILL, K            | 9.50   | $620.00   | $5,890.00   |
| MESONES MORI, M      | 3.40   | $205.00   | $697.00     |
| PRYOR, G             | 3.80   | $950.00   | $3,610.00   |
| QUSBA, S             | 2.40   | $900.00   | $2,160.00   |
| SAWYER, EE           | 33.50  | $825.00   | $27,637.50  |
| SHEPHERD, M          | 2.50   | $665.00   | $1,662.50   |
| VAINDER, S           | 1.40   | $700.00   | $980.00     |
| **Category Total**   | 117.60 |           | $89,777.00  |
| **B10 Tax Issues**   |        |           |             |
| DELRAHIM, S          | 0.50   | $600.00   | $300.00     |
| MCGILL, K            | 0.30   | $620.00   | $186.00     |
| PRYOR, G             | 0.20   | $950.00   | $190.00     |
| SAWYER, EE           | 3.00   | $825.00   | $2,475.00   |
| SHEPHERD, M          | 1.30   | $665.00   | $864.50     |
| **Category Total**   | 5.30   |           | $4,015.50   |

|  | Hours | Rate | Amount |
|---|---|---|---|

## B11 Fee and Employment Applications

| | Hours | Rate | Amount |
|---|---|---|---|
| AVERCH, C | 0.90 | $750.00 | $675.00 |
| BROWN, MC | 19.10 | $655.00 | $12,510.50 |
| DELRAHIM, S | 30.80 | $600.00 | $18,480.00 |
| KIM, D | 3.20 | $155.00 | $496.00 |
| SHEPHERD, M | 4.00 | $665.00 | $2,660.00 |
| VENES, A | 0.50 | $220.00 | $110.00 |
| **Category Total** | **58.50** | | **$34,931.50** |

## B12 Objections to Fee and Employment Applications

| | Hours | Rate | Amount |
|---|---|---|---|
| BROWN, MC | 4.30 | $655.00 | $2,816.50 |
| **Category Total** | **4.30** | | **$2,816.50** |

## B13 Employee Issues

| | Hours | Rate | Amount |
|---|---|---|---|
| AVERCH, C | 22.30 | $750.00 | $16,725.00 |
| BROWN, MC | 32.20 | $655.00 | $21,091.00 |
| EATON, F | 3.70 | $735.00 | $2,719.50 |
| HILLE, D | 14.10 | $725.00 | $10,222.50 |
| LAURIA, T | 14.60 | $1,050.00 | $15,330.00 |
| MCGILL, K | 45.20 | $620.00 | $28,024.00 |
| MESONES MORI, M | 0.60 | $205.00 | $123.00 |
| QUSBA, S | 0.30 | $900.00 | $270.00 |
| VENES, A | 2.50 | $220.00 | $550.00 |
| **Category Total** | **135.50** | | **$95,055.00** |

|  | Hours | Rate | Amount |
|---|---|---|---|
| **B14 Creditors Committee Issues** | | | |
| AVERCH, C | 4.00 | $750.00 | $3,000.00 |
| BROWN, MC | 3.80 | $655.00 | $2,489.00 |
| FUHR, M | 13.00 | $220.00 | $2,860.00 |
| GIRNUN, R | 45.50 | $365.00 | $16,607.50 |
| GORSICH, R | 1.20 | $665.00 | $798.00 |
| HILLE, D | 0.20 | $725.00 | $145.00 |
| KOVACIK, T | 60.60 | $460.00 | $27,876.00 |
| LAURIA, T | 1.00 | $1,050.00 | $1,050.00 |
| MCGILL, K | 2.40 | $620.00 | $1,488.00 |
| PETRIE, M | 7.60 | $460.00 | $3,496.00 |
| QUSBA, S | 1.20 | $900.00 | $1,080.00 |
| SHEPHERD, M | 2.00 | $665.00 | $1,330.00 |
| THAKRAR, R | 69.10 | $365.00 | $25,221.50 |
| **Category Total** | **211.60** | | **$87,441.00** |

**B15 Disclosure Statement/ Plan of Reorganization**

|  | Hours | Rate | Amount |
|---|---|---|---|
| AVERCH, C | 1.00 | $750.00 | $750.00 |
| BROWN, MC | 1.30 | $655.00 | $851.50 |
| EATON, F | 8.00 | $735.00 | $5,880.00 |
| LAURIA, T | 17.30 | $1,050.00 | $18,165.00 |
| MACWRIGHT, T | 0.70 | $460.00 | $322.00 |
| MCGILL, K | 1.00 | $620.00 | $620.00 |
| QUSBA, S | 1.50 | $900.00 | $1,350.00 |
| VENES, A | 0.50 | $220.00 | $110.00 |
| **Category Total** | **31.30** | | **$28,048.50** |

|  | Hours | Rate | Amount |
|---|---|---|---|
| **B16 Relief from Stay/ Stay Violations** | | | |
| AVERCH, C | 9.70 | $750.00 | $7,275.00 |
| BROWN, MC | 1.50 | $655.00 | $982.50 |
| CRUZ, I | 37.90 | $685.00 | $25,961.50 |
| EATON, F | 3.90 | $735.00 | $2,866.50 |
| FUJIU, L | 29.70 | $550.00 | $16,335.00 |
| GORSICH, R | 76.50 | $665.00 | $50,872.50 |
| KAMPFNER, R | 10.10 | $700.00 | $7,070.00 |
| SCOTT, M | 10.40 | $600.00 | $6,240.00 |
| SHEPHERD, M | 2.70 | $665.00 | $1,795.50 |
| **Category Total** | **182.40** | | **$119,398.50** |

|  | Hours | Rate | Amount |
|---|---|---|---|
| **B17 Assumption/ Rejection of Contracts and Leases** | | | |
| AVERCH, C | 17.30 | $750.00 | $12,975.00 |
| BEGY, L | 3.30 | $600.00 | $1,980.00 |
| BROWN, MC | 9.60 | $655.00 | $6,288.00 |
| CHUN, S | 30.50 | $460.00 | $14,030.00 |
| DELRAHIM, S | 102.30 | $600.00 | $61,380.00 |
| FUJIU, L | 28.00 | $550.00 | $15,400.00 |
| GORSICH, R | 1.00 | $665.00 | $665.00 |
| HUNT, L | 41.80 | $635.00 | $26,543.00 |
| KAMPFNER, R | 4.10 | $700.00 | $2,870.00 |
| KIM, D | 14.20 | $155.00 | $2,201.00 |
| LEALI, L | 60.70 | $685.00 | $41,579.50 |
| MCGILL, K | 2.10 | $620.00 | $1,302.00 |
| MENENDEZ, F | 17.40 | $655.00 | $11,397.00 |
| MESONES MORI, M | 1.70 | $205.00 | $348.50 |
| QUSBA, S | 0.30 | $900.00 | $270.00 |
| ROBERTSON, W | 3.90 | $460.00 | $1,794.00 |
| SAWYER, EE | 3.00 | $825.00 | $2,475.00 |
| SCOTT, M | 15.70 | $600.00 | $9,420.00 |
| SHEPHERD, M | 4.60 | $665.00 | $3,059.00 |
| VAINDER, S | 15.70 | $700.00 | $10,990.00 |
| **Category Total** | **377.20** | | **$226,967.00** |

|  | Hours | Rate | Amount |
|---|---|---|---|
| **B18 Claims Administration** | | | |
| AVERCH, C | 22.50 | $750.00 | $16,875.00 |
| BROWN, MC | 8.70 | $655.00 | $5,698.50 |
| CHUN, S | 8.60 | $460.00 | $3,956.00 |
| DELRAHIM, S | 27.10 | $600.00 | $16,260.00 |
| EATON, F | 10.50 | $735.00 | $7,717.50 |
| FUJIU, L | 4.20 | $550.00 | $2,310.00 |
| GORSICH, R | 65.40 | $665.00 | $43,491.00 |
| KAMPFNER, R | 0.60 | $700.00 | $420.00 |
| KIM, D | 5.50 | $155.00 | $852.50 |
| LAURIA, T | 3.30 | $1,050.00 | $3,465.00 |
| LEALI, L | 55.80 | $685.00 | $38,223.00 |
| MACWRIGHT, T | 13.30 | $460.00 | $6,118.00 |
| MCGILL, K | 1.10 | $620.00 | $682.00 |
| PETRIE, M | 63.80 | $460.00 | $29,348.00 |
| SAWYER, EE | 13.50 | $825.00 | $11,137.50 |
| SCOTT, M | 17.20 | $600.00 | $10,320.00 |
| SHEPHERD, M | 1.50 | $665.00 | $997.50 |
| VAINDER, S | 1.80 | $700.00 | $1,260.00 |
| **Category Total** | **324.40** | | **$199,131.50** |
| **3200 Non-working Travel** | | | |
| AVERCH, C | 14.00 | $750.00 | $10,500.00 |
| BROWN, MC | 6.80 | $655.00 | $4,454.00 |
| HILLE, D | 0.50 | $725.00 | $362.50 |
| LEALI, L | 2.00 | $685.00 | $1,370.00 |
| **Category Total** | **23.30** | | **$16,686.50** |

|  | Hours | Rate | Amount |
|---|---|---|---|
| Total | 2067.00 |  | $1,241,216.50 |