**EXHIBIT D**

**FINANCIAL PROJECTIONS & ASSUMPTIONS**

These Projections should be read in conjunction with the assumptions, qualifications, and the footnotes to the tables containing the Projections as well as the "Financial Projections & Assumptions" and "Risk Factors" sections of the Disclosure Statement, which can be found at pages 28 and 84 thereof, respectively.

**THE PROJECTIONS ARE PRESENTED SOLELY FOR THE PURPOSE OF PROVIDING "ADEQUATE INFORMATION" UNDER SECTION 1125 OF THE BANKRUPTCY CODE TO ENABLE THE HOLDERS OF CLAIMS ENTITLED TO VOTE UNDER THE PLAN TO MAKE AN INFORMED JUDGMENT ABOUT THE PLAN AND SHOULD NOT BE USED OR RELIED UPON FOR ANY OTHER PURPOSE, INCLUDING THE PURCHASE OR SALE OF SECURITIES OF, OR CLAIMS OR EQUITY INTERESTS IN, THE DEBTORS OR ANY OF THEIR AFFILIATES.**

**THE ASSUMPTIONS AND RESULTANT PROJECTIONS AND SUBSEQUENTLY IDENTIFIED VARIANCES CONTAIN CERTAIN STATEMENTS THAT MAY BE CONSIDERED "FORWARD-LOOKING STATEMENTS" WITHIN THE MEANING OF THE PRIVATE SECURITIES LITIGATION REFORM ACT OF 1995. THE PROJECTIONS HAVE BEEN PREPARED BY THE DEBTORS' MAN-AGEMENT AND PROFESSIONALS. THESE PROJECTIONS AND SUBSEQUENTLY IDENTIFIED VARIANCES, WHILE PRESENTED WITH NUMERICAL SPECIFICITY, ARE BASED UPON A VARIETY OF ESTIMATES AND ASSUMPTIONS WHICH, THOUGH CONSIDERED REASONABLE BY MANAGEMENT, MAY NOT BE REALIZED OR MAY BE UNDERSTATED, AND ARE INHERENTLY SUBJECT TO SIGNIFICANT BUSINESS, ECONOMIC, AND COMPETITIVE UNCERTAINTIES AND CONTINGENCIES, MANY OF WHICH ARE BEYOND THE DEBTORS' CONTROL. THE DEBTORS CAUTION THAT NO ASSURANCES CAN BE MADE AS TO THE ACCURACY OF THE ASSUMPTIONS AND RESULTANT PROJECTIONS OR THE ABILITY OF THE DEBTORS AND NEW WCI TO ACHIEVE THE PROJECTED RESULTS FOLLOWING THE EFFECTIVE DATE. SOME ASSUMPTIONS INEVITABLY WILL NOT MATERIALIZE, AND EVENTS AND CIRCUMSTANCES OCCURRING SUBSEQUENT TO THE DATE ON WHICH THE PROJECTIONS WERE PREPARED MAY BE DIFFERENT FROM THOSE ASSUMED, OR MAY BE UNANTICIPATED, AND THUS MAY AFFECT FINANCIAL RESULTS IN A MATERIAL AND POSSIBLY ADVERSE MANNER. THE PROJECTIONS, THEREFORE, MAY NOT BE RELIED UPON AS A GUARANTY OR OTHER ASSURANCE OF THE ACTUAL RESULTS THAT WILL OCCUR.**

**THE PROJECTIONS WERE NOT PREPARED WITH A VIEW TO COMPLYING WITH THE GUIDELINES FOR PROSPECTIVE FINANCIAL STATEMENTS PUBLISHED BY THE AMERICAN INSTITUTE OF CERTIFIED PUBLIC ACCOUNTANTS NOR IN ACCORDANCE WITH U.S. GENERALLY ACCEPTED ACCOUNTING PRINCIPLES. THE DEBTORS' INDEPENDENT**

**ACCOUNTANTS HAVE NEITHER EXAMINED NOR COMPILED THE PROJECTIONS AND, ACCORDINGLY, DO NOT EXPRESS AN OPINION OR ANY OTHER FORM OF ASSURANCE WITH RESPECT THERETO.**

**THE DEBTORS DO NOT, AS A MATTER OF COURSE, PUBLISH THEIR BUSINESS PLANS AND STRATEGIES OR PROJECTIONS OF THEIR ANTICIPATED FINANCIAL POSITION OR RESULTS OF OPERATIONS.  ACCORDINGLY, THE DEBTORS DO NOT INTEND, AND DISCLAIM ANY OBLIGATION, TO: (1) FURNISH UPDATED BUSINESS PLANS OR PROJECTIONS TO HOLDERS OF CLAIMS OR EQUITY INTERESTS PRIOR TO THE EFFECTIVE DATE, OR TO HOLDERS OF SECURITIES OF ANY DEBTOR, OR ANY OTHER PARTY AFTER THE EFFECTIVE DATE; (2) INCLUDE SUCH UPDATED INFORMATION IN ANY DOCUMENTS THAT MAY BE REQUIRED TO BE FILED WITH THE SEC; OR (3) OTHERWISE MAKE SUCH UPDATED INFORMATION PUBLICLY AVAILABLE.  HOWEVER, FROM TIME TO TIME, THE DEBTORS MAY PREPARE UPDATED PROJECTIONS IN CONNECTION WITH PURSUING FINANCING (INCLUDING THE EXIT FINANCING), CREDIT RATINGS AND OTHER PURPOSES.  SUCH PROJECTIONS MAY DIFFER MATERIALLY FROM THE PROJECTIONS PRESENTED HEREIN.**

## Pro Forma Projected Balance Sheet (unaudited) (a)

| *(dollars in thousands)* | Estimated December 31, 2009 Balance Sheet | Pro Forma Reorganization Adjustments Recapitalization | | Pro Forma Balance Sheet of New WCI |
|---|---:|---:|---|---:|
| **Assets** | | | | |
| Cash and cash equivalents | 231,006 | (171,006) | **(c)** | 60,000 |
| Real estate inventories | 689,483 | | | 689,483 |
| Property and equipment, net | 177,482 | | | 177,482 |
| Other assets | 78,952 | (3,029) | **(d)** | 75,924 |
| **Total assets** | 1,176,924 | (174,035) | | 1,002,889 |
| **Liabilities & Shareholders' Equity** | | | | |
| Accounts payable and other liabilities | 65,553 | | | 65,553 |
| Community development district obligations | 49,664 | | | 49,664 |
| Prepetition senior secured revolving credit facility **(b)** | 498,924 | (498,924) | **(e)** | 0 |
| Prepetition senior secured term loan | 224,829 | (224,829) | **(e)** | 0 |
| New WCI senior term notes | | 146,744 | **(e)** | 146,744 |
| New WCI senior subordinated PIK notes | | 143,500 | **(e)** | 143,500 |
| **Total liabilities** | 838,971 | (433,509) | | 405,462 |
| Liabilities subject to compromise | 977,110 | (977,110) | **(f)** | 0 |
| Minority interest | 26,761 | | | 26,761 |
| **Shareholders' (deficit) equity** | (665,918) | 1,236,584 | **(g)** | 570,667 |
| **Total liabilities and shareholders' equity** | 1,176,924 | (174,035) | | 1,002,889 |

3

**Notes to Pro Forma Projected Balance Sheet**

(a)  The pro forma balance sheet adjustments contained herein account for the reorganization and related transactions pursuant to the Plan, which assumes an emergence date of September 30, 2009.  The impact of the implementation of "Fresh Start" accounting pursuant to Statement of Position 90-7 *Financial Reporting by Entities in Reorganization Under the Bankruptcy Code*, as issued by the American Institute of Certified Public Accountants is not included in the pro forma balance sheet.

(b)  The prepetition Senior Secured Revolving Credit Facility balance excludes outstanding letters of credit.  As of May 31, 2009, approximately $31.9 million were outstanding.

(c)  This amount represents use of cash in excess of the $60 million maximum allowed balance under the new debt agreements to pay-down New WCI Senior Term Notes ($163.3 million) plus the payment of fourth quarter 2009 interest on New WCI Senior Term Notes ($7.7 million).

(d)  This amount represents the write-off of $3.0 million of unamortized debt issuance costs associated with the existing prepetition Revolving Facility and Term Facility.

(e)  These amounts reflect the restructuring of the Debtors' prepetition Revolving Facility and Term Facility.  Holders of Allowed Claims arising under the prepetition Revolving Facility and Term Facility will receive (i) 100% of the (a) $310 million of New WCI Senior Term Notes and (b) $140 million of New WCI Senior Subordinated PIK Notes, and (ii) 95% of the New WCI Common Stock, except for shares reserved for issuance pursuant to the New WCI Employee Incentive Programs and Creditor Common Shares.

(f)  This amount reflects the elimination of prepetition claims, including (i) three series of Senior Subordinated Notes totaling $525 million, (ii) $125 million of Convertible Notes, (iii) $165 million of Junior Subordinated Notes, (iv) certain accounts payable, (v) certain accrued liabilities, (vi) accrued interest, and (vii) other general unsecured claims.

(g)  This amount reflects:  (i) estimated gain on extinguishment of debt of $1,250.9 million consisting of $977.1 million of liabilities subject to compromise and $273.8 million of prepetition senior debt, less (ii) interest expense on New WCI Senior Term Notes and New WCI Senior Subordinated PIK Notes of $11.25 million during the fourth quarter of 2009 and the write-off of $3.0 million of debt issuance costs associated with existing prepetition senior debt.

| **Projected Statements of Operations (unaudited)** | **For the years ended December 31,** | | | | |
|---|---|---|---|---|---|
| *(dollars in thousands)* | **2009** | **2010** | **2011** | **2012** | **2013** |
| **Revenues** | | | | | |
| Homebuilding | 113,231 | 52,621 | 41,422 | 44,702 | 52,126 |
| Towers | 169,110 | 74,581 | 0 | 0 | 0 |
| Real estate services | 66,775 | 74,972 | 88,209 | 100,346 | 115,571 |
| Amenities | 80,045 | 71,722 | 35,484 | 36,414 | 37,482 |
| Land sales | 100,702 | 69,550 | 126,162 | 108,335 | 92,222 |
| | 529,862 | 343,446 | 291,278 | 289,797 | 297,402 |
| **Costs of sales** | | | | | |
| Homebuilding | 132,005 | 58,728 | 26,435 | 26,318 | 29,692 |
| Towers | 188,878 | 68,110 | 0 | 0 | 0 |
| Real estate services | 67,636 | 73,283 | 83,604 | 93,360 | 105,160 |
| Amenities | 90,295 | 60,034 | 31,943 | 32,228 | 32,516 |
| Land sales | 120,849 | 58,509 | 178,025 | 88,734 | 73,441 |
| | 599,663 | 318,664 | 320,006 | 240,639 | 240,811 |
| **Gross margin** | **(69,801)** | **24,782** | **(28,729)** | **49,158** | **56,591** |
| SG&A | 73,283 | 44,934 | 34,442 | 30,645 | 26,727 |
| Interest expense | 48,783 | 21,687 | 12,990 | 2,841 | 0 |
| Other expense (income) | 37,708 | 18,674 | 15,931 | 5,572 | (22,671) |
| Restructuring expenses | 45,785 | 0 | 0 | 0 | 0 |
| (Gain) on extinguishment of debt | (1,250,863) | 0 | 0 | 0 | 0 |
| Pretax income | 975,503 | (60,514) | (92,092) | 10,100 | 52,535 |
| Income taxes | 0 | 0 | 0 | 0 | 0 |
| **Net income (loss)** | 975,503 | (60,514) | (92,092) | 10,100 | 52,535 |

**Projected Balance Sheets (unaudited)**
*(dollars in thousands)*

|  | **December 31,** | | | | |
|---|---:|---:|---:|---:|---:|
|  | **2009** | **2010** | **2011** | **2012** | **2013** |
| **Assets** | | | | | |
| Cash and cash equivalents | 60,000 | 50,000 | 40,000 | 99,402 | 241,788 |
| Real estate inventories | 689,483 | 541,444 | 355,777 | 267,787 | 191,297 |
| Property and equipment, net | 177,482 | 96,202 | 89,977 | 84,116 | 64,937 |
| Other assets | 75,924 | 46,986 | 25,777 | 24,634 | 13,176 |
| **Total assets** | 1,002,889 | 734,632 | 511,530 | 475,939 | 511,197 |
| **Liabilities and Shareholders' Equity** | | | | | |
| Accounts payable and other liabilities | 65,553 | 42,870 | 32,652 | 24,435 | 19,936 |
| Community development district obligations | 49,664 | 44,241 | 32,405 | 23,343 | 10,566 |
| New WCI senior term notes | 146,744 | 0 | 0 | 0 | 0 |
| New WCI senior subordinated PIK notes | 143,500 | 129,903 | 28,412 | 0 | 0 |
| **Total liabilities** | 405,462 | 217,014 | 93,469 | 47,778 | 30,502 |
| Minority interest | 26,761 | 7,466 | 0 | 0 | 0 |
| **Shareholders' (deficit) equity** | 570,667 | 510,153 | 418,061 | 428,161 | 480,695 |
| **Total liabilities and shareholders' equity** | 1,002,889 | 734,632 | 511,530 | 475,939 | 511,197 |

**Projected Statements of Cash Flows (unaudited)**
*(dollars in thousands)*

| | For the years ended December 31, | | | | |
|---|---|---|---|---|---|
| | **2009** | **2010** | **2011** | **2012** | **2013** |
| **Cash flows from operating activities** | | | | | |
| Net income | 975,503 | (60,514) | (92,092) | 10,100 | 52,535 |
| Non-cash items | (1,220,268) | 15,913 | 7,013 | 5,572 | 13,000 |
| Decrease / (increase) in real estate inventories | 425,343 | 148,039 | 185,668 | 87,990 | 76,490 |
| Decrease / (increase) in other assets | 74,478 | 26,414 | 3,906 | 1,937 | 519 |
| (Decrease) / increase in accounts payable and other liabilities | (63,642) | (22,683) | (10,218) | (8,216) | (4,500) |
| **Total cash flows from operating activities** | 191,414 | 107,168 | 94,277 | 97,382 | 138,044 |
| | | | | | |
| **Cash flows from investing activities** | | | | | |
| Decrease/(increase) in property and equipment, net | (690) | 70,136 | (506) | (506) | 13,548 |
| Other | 777 | (146) | 17,836 | 0 | 3,570 |
| **Total cash flows from investing activities** | 87 | 69,990 | 17,330 | (506) | 17,118 |
| | | | | | |
| **Cash flows from financing activities** | | | | | |
| Debt issuance / (repayment) | (236,837) | (160,341) | (101,491) | (28,412) | 0 |
| Community development district obligations | (5,030) | (5,423) | (11,836) | (9,062) | (12,777) |
| Other | (2,844) | (21,395) | (8,281) | 0 | (0) |
| **Total cash flows from financing activities** | (244,712) | (187,159) | (121,607) | (37,475) | (12,777) |
| | | | | | |
| Cash and cash equivalents at beginning of year | 113,211 | 60,000 | 50,000 | 40,000 | 99,402 |
| Net increase (decrease) in cash and cash equivalents | (53,210) | (10,001) | (10,000) | 59,402 | 142,386 |
| Cash and cash equivalents at end of year | 60,000 | 50,000 | 40,000 | 99,402 | 241,788 |

**Notes to Projected Financial Statements**

**Projections**

Management prepared the Projections for the fiscal years 2009 through 2013 (the "Projection Period"). The Debtors operate on a fiscal year that ends on December 31st. The Projections are based on a number of assumptions made by management with respect to the future performance of the New WCI Group's operations. Although management has prepared the Projections in good faith and believes the assumptions to be reasonable, it is important to note that such assumptions may not be realized. As described in detail in the Disclosure Statement, a variety of factors could affect the New WCI Group's financial results and must be considered. The Projections should be reviewed in conjunction with these assumptions and the qualifications and footnotes set forth herein.

**Key Assumptions**

**A. General**

1. *Methodology.* Management has developed Projections for WCI's continued business operations upon emergence from chapter 11 through fiscal year ending December 31, 2013. In general, the Projections contemplate the New WCI Group ceasing Homebuilding and Tower construction during 2009 and selling all spec inventory and certain non-core assets during 2009-2010. The Projections further provide that the New WCI Group will continue to sell certain core and non-core assets and operate as a land holding/development company during 2011-2013. Specific activities during this period will include selling individual custom lots, select pods within core communities, bulk sales of entire communities or regions, and the continued operation of amenities within core communities and the Company's Real Estate Services businesses (Prudential realty brokerage along with title and mortgage services). During and/or at the end of the Projection Period, the New WCI Group will have the option to recommence business as a land developer and/or homebuilder with the remaining core assets or sell the remaining assets at higher valuations due to an expected market recovery during the Projection Period.

2. *Plan Consummation.* The Projections assume the Plan will be confirmed and consummated and that the Debtors will emerge from chapter 11 on or around September 30, 2009.

3. *Macroeconomic and Industry Environment.* The Projections reflect the current depressed economic environment will continue through 2010 with improved market conditions beginning in 2011.

**B. Projected Statements of Operations**

1. *Revenues.* Homebuilding revenues during 2009–2010 are generated primarily through the sale of existing spec inventory with years 2011–2013 consisting of proceeds from selling individual custom lots. Tower revenues consist entirely of the sale of spec inventory which is projected to be completed by the end of 2010. Real Estate Services revenue is generated through

8

ongoing realty brokerage and title services.  Amenities revenue consists of continued membership sales and club operations.  Land sales are comprised of the sale of non-core assets throughout the Projection Period along with the sale of select pods within core communities during 2011–2013.

2.  *Gross Margin.*  Due to the sale of spec inventory and non-core assets in the current depressed economic environment, WCI is projecting a loss during 2009 and below normalized margins continuing into 2010 and 2011.  Improving market conditions along with a greater mix of core asset sales provide for the projected improvement in gross margin during 2012 and 2013.

3.  *SG&A.*  Selling, General, and Administrative expenses consist of real estate taxes, community and district funding, sales and marketing, and general corporate administrative costs.  Real estate taxes and community and district funding is projected to decline proportionally with the sale of assets during the Projection Period.  Sales and marketing along with general corporate expenses are projected to decline significantly after 2009 due to ceasing Homebuilding and Tower construction and the reduction of spec inventory.  Corporate overhead is projected to be commensurate with a land holding/development company beyond 2010.

4.  *Interest Expense.*  Interest expense following the Effective Date reflects the extinguishment of the three series of Senior Subordinated Notes, the Convertible Notes, and the Junior Subordinated Notes.  Upon emergence New WCI is projected to have $310 million of New WCI Senior Term Notes and $140 million of New WCI Senior Subordinated PIK Notes.  Projected interest on the New WCI Senior Term Notes is payable monthly at LIBOR plus 7% (3% floor and 5% cap) and included in the Projections at 10%.  Projected interest on the New WCI Senior Subordinated PIK Notes is payable all "in-kind" at LIBOR plus 7% (3% floor) and included in the Projections at 10%.

5.  *Other expense (income).*  Other expense (income) includes equity in earnings (loss) from joint ventures, gain (loss) on sale of fixed assets along with depreciation and amortization.

6.  *Restructuring Expenses.*  Restructuring expenses consist principally of legal and other professional fees associated with the administration of the bankruptcy cases.

7.  *Gain on Extinguishment of Debt.*  The estimated gain on extinguishment of debt of $1,250.9 million consists of the cancellation of $977.1 million of liabilities subject to compromise and $273.8 million of prepetition senior debt.

**C.  Projected Balance Sheets and Statements of Cash Flow**

1.  *Cash.*  Upon emergence, New WCI is estimated to have $60 million cash on hand which represents the maximum balance available under the new loan agreements.  Excess cash on hand following emergence will be used to pay-down the new debt instruments established in the recapitalization.  Cash on hand and cash generated from operations are assumed to be the New WCI Group's only sources of liquidity during the Projection Period.

2. *Real Estate Inventories.*  Real estate inventories are projected to decline during the Projection Period as the New WCI Group sells off assets.  No acquisitions are assumed in the Projection Period, any increases to inventory relate to spending to maintain entitlements and the development of finished lots for sale.  The Projections do not include any "Fresh Start" accounting adjustments which would also result in changes to inventory balances.

3. *Property and equipment, net.*  Property and equipment, net is projected to decline during the Projection Period as the New WCI Group sells off certain non-equity clubs and non-core operations, some of which are joint ventures.  The reduction of property and equipment basis is included within cash flows from investing activities.  In addition, the write-off of related deferred income is included in cash flows from operating activities, and distributions to joint venture partners are included in cash flows from financing activities.  The Projections do not include any "Fresh Start" accounting adjustments which would also result in changes to inventory balances.

4. *Debt issuance / (repayment).*  During the Projection Period, management expects to repay the New WCI Senior Term Notes and the New WCI Senior Subordinated PIK Notes in full and does not expect to incur any additional indebtedness.