**EXHIBIT E**

**VALUATION**

THIS VALUATION IS PRESENTED SOLELY FOR THE PURPOSE OF PROVIDING "ADEQUATE INFORMATION" UNDER SECTION 1125 OF THE BANKRUPTCY CODE TO ENABLE THE HOLDERS OF CLAIMS ENTITLED TO VOTE UNDER THE PLAN TO MAKE AN INFORMED JUDGMENT ABOUT THE PLAN AND SHOULD NOT BE USED OR RELIED UPON FOR ANY OTHER PURPOSE, INCLUDING THE PURCHASE OR SALE OF SECURITIES OF, OR CLAIMS OR EQUITY INTERESTS IN, THE DEBTORS OR ANY OF THEIR AFFILIATES.

THE ESTIMATES OF THE REORGANIZATION VALUE AND EQUITY VALUE DETERMINED BY LAZARD IN CONNECTION WITH THIS VALUATION REPRESENT ESTIMATED REORGANIZATION VALUES AND DO NOT REFLECT VALUES THAT COULD BE ATTAINABLE IN PUBLIC OR PRIVATE MARKETS. THE IMPUTED ESTIMATE OF THE RANGE OF THE REORGANIZATION EQUITY VALUE OF NEW WCI ASCRIBED IN THE ANALYSIS DOES NOT PURPORT TO BE AN ESTIMATE OF THE POST-REORGANIZATION MARKET TRADING VALUE. ANY SUCH TRADING VALUE MAY BE MATERIALLY DIFFERENT FROM THE IMPUTED ESTIMATE OF THE REORGANIZATION EQUITY VALUE RANGE FOR NEW WCI ASSOCIATED WITH LAZARD'S VALUATION ANALYSIS.

**A.  Overview.**

Lazard has estimated the value of the Company based on information available as of the date of this Disclosure Statement.  Lazard has undertaken this valuation analysis to determine the value available for distribution to holders of Allowed Claims pursuant to the Plan and to analyze the relative recoveries to such holders thereunder.  The estimated total value available for distribution to holders of Allowed Claims (the "Enterprise Value") consists of the estimated value of the Company's operations based on projections provided by the Debtors' management ("Projections") through the period ending December 31, 2013 (the "Projection Period").[1]  The Projections provide that the Company will generate cash flow through the sale of existing spec inventory and asset sales throughout the Projection Period; the Company will retain the option to recommence certain operations such as land acquisition, new land development and/or homebuilding activities on a going concern basis during or after the Projection Period.  The valuation analysis assumes that the Effective Date of the Plan occurs on September 30, 2009 (the "Assumed Effective Date").

Based on these Projections and solely for purposes of the Plan, Lazard estimates that the Enterprise Value of the Company falls within a range from approximately $595 to $635 million, with a mid-point estimate of $615 million as of the Assumed Effective Date.  For purposes of this valuation, Lazard has assumed that no material changes that would affect value will occur between the date of the Disclosure Statement and the Assumed Effective Date.  Based on an

---

[1]  The Projections are attached to the Disclosure Statement as Exhibit "D."

estimated net debt balance of approximately $380 million projected as of the Assumed Effective Date, Lazard's mid-point estimate of Enterprise Value implies an equity value of the Company (the "Equity Value") of approximately $235 million.  These values do not give effect to the potentially dilutive impact of any shares issued upon exercise of options that may be granted under a long-term incentive plan which the Board of Directors of New WCI may authorize for management of New WCI.  Lazard's estimate of Enterprise Value does not constitute an opinion as to fairness from a financial point of view of the consideration to be received under the Plan or of the terms and provisions of the Plan.

THE ASSUMED ENTERPRISE VALUE RANGE, AS OF THE ASSUMED EFFECTIVE DATE, REFLECTS WORK PERFORMED BY LAZARD ON THE BASIS OF INFORMATION AVAILABLE TO LAZARD AS OF THE DATE OF THIS DISCLOSURE STATEMENT.  ALTHOUGH SUBSEQUENT DEVELOPMENTS MAY AFFECT LAZARD'S CONCLUSIONS, NEITHER LAZARD, THE DEBTORS, NOR THE NEW WCI GROUP HAS ANY OBLIGATION TO UPDATE, REVISE OR REAFFIRM ITS ESTIMATES.

Lazard assumed that the Projections prepared by the management of the Debtors were reasonably prepared in good faith and on a basis reflecting the Debtors' most accurate currently available estimates and judgments as to the future operating and financial performance of the Company.  Lazard's estimated Enterprise Value range assumes the Company will achieve the Projections in all material respects, including revenue and cash flow as projected.  If the business performs at levels below those set forth in the Projections, such performance may have a materially negative impact on Enterprise Value.  Conversely, if the business performs at levels above those set forth in the Projections, such performance may have materially positive impact on Enterprise Value.

In estimating the Enterprise Value and the Equity Value of the Company, Lazard:  (a) reviewed certain historical financial information of the Company for recent years and interim periods; (b) reviewed certain internal financial and operating data of the Company, which data were prepared and provided to Lazard by the management of the Company and which relate to the Company's business and its prospects; (c) met with and discussed the Company's operations and future prospects with the senior management team; (d) reviewed certain publicly available financial data for, and considered the market value of, public companies that Lazard deemed generally comparable to the operating business of the Company; (e) considered certain economic and industry information relevant to the operating business; and (f) conducted such other studies, analyses, inquiries and investigations as it deemed appropriate.  Although Lazard conducted a review and analysis of the Company's business, operating assets and liabilities and the business plan for the Company, it assumed and relied on the accuracy and completeness of all financial and other information furnished to it by the Company as well as publicly available information.

In addition, Lazard did not independently verify the Projections in connection with preparing estimates of Enterprise Value, and no independent valuations or appraisals of the Company were sought or obtained in connection herewith.  Such estimates were developed solely for purposes of the formulation and negotiation of the Plan, the analysis of implied relative recoveries to holders of Allowed Claims thereunder, and to provide "adequate information" pursuant to section 1125 of the Bankruptcy Code.

Lazard's estimated Enterprise Value of the Company does not constitute a recommendation to any holder of Allowed Claims as to how such Person should vote or otherwise act with respect to the Plan. Lazard has not been asked to and does not express any view as to what the trading value of New WCI's securities would be when issued pursuant to the Plan or the prices at which they may trade in the future.

Lazard's estimate of Enterprise Value reflects the application of standard valuation techniques and does not purport to reflect or constitute appraisals, liquidation values or estimates of the actual market value that may be realized through the sale of any securities to be issued pursuant to the Plan, which may be significantly different than the amounts set forth herein. The value of an operating business is subject to numerous uncertainties and contingencies which are difficult to predict and will fluctuate with changes in factors affecting the financial condition and prospects of such a business. To the extent that residential real estate pricing and demand in the markets in which the Company operates recover more slowly or more quickly during the period contemplated in the Projections and the costs of the Company's operations are inconsistent with those expected by management in the financial forecast, such differences may have a material impact on the Projections and the valuation analysis presented herein. As a result, the estimated Enterprise Value range of the Company set forth herein is not necessarily indicative of actual outcomes, which may be significantly more or less favorable than those set forth herein. Neither the Company, Lazard, nor any other Person assumes responsibility for any differences between the estimated Enterprise Value range and such actual outcomes. Actual market prices of securities issued pursuant to the Plan will depend upon, among other things, the operating performance of the New WCI Group, prevailing interest rates, conditions in the financial markets, the anticipated holding period of securities received by holder of Allowed Claims (some of whom may prefer to liquidate their investment rather than hold it on a long-term basis), developments in the Company's industry and economic conditions generally, and other factors which generally influence the prices of securities.

**B.    Valuation Methodology**

The Company has developed a five-year business plan for continuing business operations upon emergence from chapter 11 through the Projection Period. In general, this business plan projects the generation of cash flow by the Company through the sale of spec inventory, through a retail and builder lot sale program, as well as through the sale of certain non-core bulk assets. These activities provide the Company the option during or after the end of the five-year plan period to recommence land acquisition, new land development and/or home building and tower activities, or alternatively to sell all remaining core assets as the macro-economic situation evolves and changes. The business plan also calls for the continuing operation of clubs and amenities not otherwise identified as non-core assets.

The Company's business plan contemplates selling all spec inventory and certain non-core assets during 2009–2010. The plan further provides that the Company will continue to sell non-core bulk assets and to sell lots, both retail and to builders, and to operate as a land holding and development company during 2010–2013. Specific activities during this period will include maintaining entitlements, selling individual custom lots, selling pods within communities or bulk sales of entire communities, continued operation of any remaining community amenities

businesses and continued operation of the Company's real estate services businesses.  As stated above, during and after the Projection Period, the Company will have the option to recommence business as a land acquirer, developer and/or a home builder with the remaining core assets or sell the remaining assets at potentially higher valuations due to expected market recovery over the Projection Period.

In performing valuation analyses, Lazard reviewed all significant assumptions in the business plan described above with the management of the Company to arrive at its range of estimated Enterprise Values for the Company.  Lazard's valuation analysis must be considered as a whole.  For reasons discussed in detail below, the valuation presented herein is predominantly based on the discounted cash flow analysis due to (1) the nature of the Projections, as explained in further detail below, as the Company will not operate as a true going-concern business and (2) inherent limitations in the precedent transaction and comparable company analyses caused by the current operating and market environment in the homebuilding industry.

### 1. Discounted Cash Flow Analysis.

The discounted cash flow ("DCF") analysis is a forward-looking enterprise valuation methodology that estimates the value of an asset or business by calculating the present value of expected future cash flows to be generated by that asset or business.  Under this methodology, projected future cash flows are discounted by the business' weighted average cost of capital (the "Discount Rate").  The Discount Rate reflects the estimated blended rate of return that would be required by debt and equity investors to invest in the business based on its capital structure.  The enterprise value of the business is determined by calculating the present value of the Company's unlevered, after-tax free cash flows, based on the Projections plus an estimate for the value of the business beyond the Projection Period known as the terminal value.  The terminal value is derived by applying a multiple to the projected book value of the Company's residual assets less projected net liabilities at the end of the Projection Period (i.e., December 31, 2013), discounted back to the assumed date of emergence by the Discount Rate.  Under the Projections, the Company does not anticipate that it will be a tax payer through the Projection Period, and Lazard has relied on this assumption and expresses no opinion or position on tax matters.

To estimate the Discount Rate, Lazard used the cost of equity and the after-tax cost of debt for the Company, assuming a targeted long-term debt-to-total capitalization ratio based on an assumed range of the Company's pro forma capitalization and the average leverage ratio of the Peer Group (defined below).  Lazard calculated the cost of equity based on the "Capital Asset Pricing Model," which assumes that the required equity return is a function of the risk-free cost of capital and the correlation of a publicly traded stock's performance to the return on the broader market.  To estimate the cost of debt, Lazard estimated what would be the Company's blended cost of debt based on current capital markets conditions as well as the current and historical financing costs for comparable companies with leverage similar to the Company's target capital structure.  In determining the terminal multiple to value the assets of the Company at the end of the Projection Period, Lazard analyzed several factors, including the category of such assets (i.e., raw or developed land, amenities and other categories), and the range of current and historical multiples derived based on methodologies discussed in the following sections (i.e., precedent transaction and comparable company analyses).

4

Although formulaic methods are used to derive the key estimates for the DCF methodology, their application and interpretation still involve complex considerations and judgments concerning potential variances in the projected financial and operating characteristics of the Company, which in turn affect its cost of capital and terminal multiples. Lazard calculated its DCF valuation on a range of Discount Rates and terminal value book value multiples:

| Discount Rate | Terminal Multiple |
|---|---|
| 14.0% – 16.0% | 0.6x – 1.1x |

In applying the above methodology, Lazard utilized management's detailed Projections for the period beginning September 30, 2009, and ending December 31, 2013, to derive unlevered free cash flows. Free cash flow includes sources and uses of cash not reflected in the income statement, such as changes in working capital and capital expenditures. These cash flows, along with the terminal value, are discounted back to the Assumed Effective Date using the range of Discount Rates described above to arrive at a range of Enterprise Values.

### 2. **Terminal Value: Precedent Transactions Analysis.**

The precedent transactions valuation analysis is based on the enterprise values of companies involved in public and private merger and acquisition transactions that have operating and financial characteristics similar to the Company. Under this methodology, the enterprise value of such companies is determined by an analysis of the consideration paid and the debt assumed in the merger or acquisition transaction. As in a comparable company valuation analysis, those enterprise values are commonly expressed as multiples of various measures of operating statistics. Lazard reviewed industry-wide valuation multiples, considering prices paid as a multiple of inventory and tangible book value, for companies in similar lines of business to the Company. The derived multiples are then applied to the Company's operating statistics to determine the Enterprise Value or value to a potential buyer. Similar to the comparable company analysis, Lazard focused mainly on book value multiples in comparing the valuations of the Company and the selected companies involved in relevant precedent transactions.

Unlike the comparable company analysis, the enterprise valuation derived using this methodology reflects a "control" premium (i.e., a premium paid to purchase a majority or controlling position in the assets of a company). Thus, this methodology generally produces higher valuations than the comparable public company analysis. In addition, other factors not directly related to a company's business operations can affect a valuation based on precedent transactions, including: (a) circumstances surrounding a merger transaction may introduce "diffusive quantitative results" into the analysis (e.g., a buyer may pay an additional premium for reasons that are not solely related to competitive bidding); (b) the market environment is not identical for transactions occurring at different periods of time; and (c) circumstances pertaining to the financial position of the company may have an impact on the resulting purchase price (e.g., a company in financial distress may receive a lower price due to perceived weakness in its bargaining leverage).

As with the comparable company analysis, because no precedent merger or acquisition used in any analysis will be identical to the target transaction, valuation conclusions cannot be based solely on quantitative results. The reasons for and circumstances surrounding each acquisition transaction are specific to such transaction, and there are inherent differences between the businesses, operations, and prospects of each target. Therefore, qualitative judgments must be made concerning the differences between the characteristics of these transactions and other factors and issues that could affect the price an acquirer is willing to pay in an acquisition. The number of completed transactions for which public data is available also limits this analysis. Furthermore, the data available for all the precedent transactions may have discrepancies due to varying sources of information.

Lazard evaluated various merger and acquisition transactions that have occurred in the homebuilding industry over the last ten years. Many of the transactions that have occurred over the past ten years have been executed under drastically different fundamental, credit and other market conditions from those prevailing in the current marketplace. Additionally, the analysis is significantly affected by the severe real estate downturn, as there have been very few transactions that serve as an appropriate valuation benchmark in the current environment. In addition, given the nature of the Projections, specifically that the Company will be primarily engaged in selling assets and completed spec inventory rather then operating as a true going concern homebuilder, the general comparability of the precedent transactions is significantly limited. As a result of the foregoing, Lazard's reliance on the precedent transactions analysis in determining the Enterprise Value was significantly limited and was utilized primarily to assist in the determination of the appropriate range of the terminal book value multiples in the DCF analysis.

### 3. **Terminal Value: Comparable Company Analysis.**

The comparable company valuation analysis estimates the value of a company based on a relative comparison with other publicly traded companies with similar operating and financial characteristics. While a comparable company analysis produces a variety of metrics, industry-specific metrics are typically employed to more accurately reflect comparable value. In addition, each of the selected public company's operational performance, operating margins, profitability, leverage and business trends were examined. Based on these analyses, financial multiples and ratios were calculated to apply to the Company. Lazard sought guidance from management of the Debtors to understand the projected composition and categories of residual assets to apply appropriate multiple ranges where applicable.

A key factor to this approach is the selection of companies with relatively similar business and operational characteristics to the Company. Common criteria for selecting comparable companies for the analysis include, among other relevant characteristics, similar lines of businesses, business risks, growth prospects, maturity of businesses, location, market presence and size and scale of operations. The selection of appropriate comparable companies is often difficult, a matter of judgment, and subject to limitations due to sample size and the availability of meaningful market-based information.

Lazard selected the following publicly traded companies (the "Peer Group") on the basis of general comparability to the Company in one or more of the factors described above: Toll

Brothers Inc., NVR Inc., DR Horton Inc., Pulte Homes Inc., Lennar Corp., MDC Holdings Inc., KB Home, Centex Corporation, Ryland Group Inc., Meritage Homes Corporation, Standard Pacific Corp., Hovnanian Enterprises Inc., M/I Homes, Inc., Brookfield Homes Corp., Beazer Homes USA Inc., Orleans Homebuilders Inc.

Lazard focused primarily on book value multiples of the selected comparable companies in its analysis.  Book value multiples for the Peer Group were calculated by dividing the current equity market capitalization by the tangible book value of each comparable company as of its most recent respective filing date.  Tangible book value is calculated as the book value of equity less existing goodwill and intangibles while equity market capitalization is calculated by multiplying each respective company's fully diluted shares outstanding and the market price of its public equity securities.  In determining the applicable multiple ranges, Lazard considered a variety of factors, including both qualitative attributes and quantitative measures such as total assets, total inventory, market capitalization, total debt, and financial distress impacting trading values, size, growth and similarity in business lines.  While the analysis provides a framework for valuation that reflects the market's perception of the industry, the inherent complication of choosing comparable companies results in a combination of quantitative and qualitative considerations. The nature of the Projections, specifically that the Company will be primarily engaged in selling assets and completed spec inventory rather then operating as a true going concern homebuilder, means that the comparability of companies in the Peer Group to the Company is significantly limited.  Additionally, the downturn of the homebuilding industry and the prevailing uncertainty regarding its recovery further complicated the selection of appropriate peers. As a result of the foregoing, Lazard's reliance on this methodology was significantly limited, and was used primarily to assist in the determination of the appropriate range of terminal book value multiples in the DCF analysis.

    **4.**    **Terminal Value: Other Assets/ Liabilities.**

In addition to the projected residual assets, the terminal value calculation (a) adds ending balance sheet cash and (b) reduces this amount by remaining liabilities, each as estimated by management.  Projected remaining liabilities are composed of both current and non-current liabilities that are either assumed to be repaid with proceeds from the sale of residual assets or assigned to a prospective buyer of these assets.