# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| **WCI COMMUNITIES, INC.**, *et al.* [1] | Case No. 08-11643 (KJC) |
| Debtors. | Jointly Administered |
|  | (Re: D.I. 3663) |

## ORDER

AND NOW, this 17th day of May, 2013, upon consideration of the Motion, pursuant to 11 U.S.C. §105(a), for: (I) a Determination that the Reorganized Debtors are Unjustified in Threatening Sanctions if Movant Commences a Florida State Court Lawsuit Against the Entities Formerly Known as WCI 2009 Corporation and WCI 2009 Asset Holding, LLC ("New WCI") based on Post-Effective Date Claims; (II) a Determination that New WCI's Obligation to Pay Outstanding Condominium Assessments and Deficit Funding as Determined by a Post-Turnover Audit is Not Impeded by the Debtors' Plan; and (III) Any Related Relief as to the Debtors (D.I. 3663; the "Motion") filed by Lesina at Hammock Bay Condominium Association, Inc. (the "Association"), and the response thereto, and after supplemental briefing and oral argument, and for the reasons set forth in the foregoing Memorandum, it is hereby **ORDERED** that the Motion is **GRANTED** and it is **DETERMINED** that the Debtors' Second Amended Joint Chapter 11 Plan of Reorganization for WCI Communities, Inc. and its Affiliated Debtors (D.I. 2088) (the "Plan") does not bar the Association from pursuing its Statutory

---

[1] The chapter 11 case filed by WCI Communities, Inc. is jointly administered with over 100 related debtors (the "Debtors") pursuant to the Order dated August 5, 2008 (D.I. 54).

Warranty Claims and Assessment Claims (as those terms are described in the foregoing Memorandum) against New WCI.

BY THE COURT:

_____
KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE

cc: :   Jeffrey M. Schlerf, Esquire [1]

---

[1] Counsel shall serve copies of this Memorandum and Order on all interested parties and file a Certificate of Service with the Court.