IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| WCI COMMUNITIES, INC., et al.,[1] | ) | Case No. 08-11643 (KJC) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | Re: D.I. 4028, 4032 & ~~4034~~ |

## ORDER APPROVING STIPULATION REINSTATING CLAIMS OF JED OF SOUTHWEST FL, INC. AND COLONY CORPORATE CENTRE, INC.

Upon consideration of the *Stipulation Reinstating the Claims of JED of Southwest FL, Inc. and Colony Corporate Centre, Inc.* (the "Stipulation")[2]; and this matter having been resolved on a consensual basis; and that no other or further notice need be given; and after due deliberation and sufficient cause appearing therefor,

IT IS HEREBY ORDERED that:

1. The Stipulation is approved and the Trustee is authorized to take all actions set forth therein.

Dated: September __, 2015
Wilmington, Delaware

_____
UNITED STATES BANKRUPTCY JUDGE

---

[1] The list of the Debtors and the last four digits of each of the Debtors' federal tax identification numbers is located on the docket for Case No. 08-11643 (KJC) [Docket No. 64] and http://chapter11.epiqsystems.com/wcicommunities.

[2] Terms not defined herein shall have the meaning ascribed to them in the Stipulation.

{00243103.1 / 0485-011 }